CONSOLIDATED FINANCE CORPORATION, Respondent, v. FREDERICK SPIRER

and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.